## DUVALL v. WEBB et al.

Court of Appeals of Kentucky.

(Decided April 26, 1932.)

V. R. LOGAN for movant.

B. M. Vincent, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## JUSTICE v. STEVENS.

Court of Appeals of Kentucky.

(Decided April 26, 1932.)

W. A. DAUGHERTY for movant.

STRATTON & STEPHENSON, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## STURGILL v. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided April 29, 1932.)

W. D. O'NEAL for movant.

BAILEY P. WOOTTON, Attorney General, and H. HAMILTON RICE, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.